Michael J. Kowalski (State Bar No. 156659)
mkowalski@rlattorneys.com
**RESNICK & LOUIS, P.C.**
3350 Shelby Street, Suite 200
Ontario, California 91764
Telephone/Facsimile: (909) 458-0110

Attorneys for Defendant,
EURO LINE TRANSPORTATION, INC.
and JUSTIN JULIUS HILL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| HOLLY JANET SEELER, individually as a Successor in Interest to Decedent JACK VICTOR FISHER,<br><br>Plaintiffs,<br><br>v.<br><br>EURO LINE TRANSPORTATION INC., a North Carolina Corporation JUSTIN JULIUS HILL, an individual; VICTOR IRVING FISHER, as a nominal defendant;  and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. 5:22-cv-00305<br>*(State Case No. CVRI2200027)*<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY); DECLARATION OF MICHAEL J. KOWALSKI** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendants EURO LINE TRANSPORTATION, INC. and JUSTIN JULIUS HILL (hereinafter, "Euro Line" and "Justin Hill" respectively) hereby remove to this Court the state court action described below.

-1-

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.§1441(b) (DIVERSITY); DECLARATION OF MICHAEL J. KOWALSKI**

1. On January 4, 2022, an action was commenced in the Superior Court of the State of California in and for the County of Riverside, entitled HOLLY JANET SEELER, individually as a Successor in Interest to Decedent JACK VICTOR FISHER, Plaintiffs vs. EURO LINE TRANSPORTATION INC., a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; VICTOR IRVING FISHER, as a nominal defendant; and DOES 1 to 100 inclusive, Defendants, as Case Number CVRI2200027 (the "Action").  A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2. Euro Line was first served a copy of the said Complaint on January 20, 2022, when counsel for Plaintiff caused to be served, by a process server, a copy of the said complaint and summons.  A true and correct copy of the transmittal of summons and service of process transmittal is attached hereto as Exhibit "B."

3. Justin Julius Hill was first served a copy of the said Complaint on January 21, 2022, when counsel for Plaintiff caused to be served, by a process server, a copy of the said complaint and summons.  A true and correct copy of the transmittal of summons and service of process transmittal is attached hereto as Exhibit "C."

4. Euro Line and Justin Hill filed their Answer to Plaintiff's Complaint on February 15, 2022.  A true and correct copy of the Answer is attached hereto as Exhibit "D."

5. Euro Line and Justin Hill are informed and believe that Plaintiff was, at the time she filed the Action and still is, a citizen of the State of California.

6. While Defendants Euro Line and Justin Hill believe neither is liable for the incident that gives rise to the Plaintiff's lawsuit, they also reasonably believe that should plaintiff prevail on her causes of action then she will recover in excess of $100,000.00.  Thus, Euro Line and Justin Hill concede that the amount in controversy exceeds $75,000.00.

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.§1441(b) (DIVERSITY); DECLARATION OF MICHAEL J. KOWALSKI**

7. This removal is filed within thirty (30) days of service of Plaintiff's complaint.

8. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

9. Euro Line Transportation, Inc., was, at the time of the filing of this action, and still is, a citizen of the State of North Carolina, incorporated under the laws of the State of North Carolina, with its principal place of business in the State of North Carolina.  Both the California Secretary of State and North Carolina Secretary of State identify Euro Line Transportation, Inc. as a North Carolina Corporation with its principal address at 11435 Granite Street, Suite M, Charlotte, North Carolina, 28273 on their respective websites.  True and correct copies of search results for Euro Line Transportation, Inc. on those websites are attached hereto as Exhibits "E" and "F" respectively.

10. Justin Hill was, at the time of the filing of this action, and still is, a citizen of the State of Georgia.

11. Euro Line Transportation, Inc. and Justin Julius Hill are two of three named defendants in the action. The third named defendant is Victor Irving Fisher, whom Plaintiff identifies as a "nominal defendant" who is a citizen of Canada. (See Exh. "A" Complaint at Para. 7, p.3 ln.1-4).  Plaintiff states in her complaint that Victor Irving Fisher is only named in the complaint because he is the decedent's biological father.

12. The other defendants in this action are fictitiously named, designated as Does 1 through 100, and their citizenship shall not be considered in determining diversity jurisdiction.  28 U.S.C. §1441(b).

13. This Notice of Removal is filed with this Court within 30 days after service of the complaint and knowledge of plaintiff's demand which exceeds $75,000. Therefore, this removal is timely as required by 28 U.S.C. §1446(b) which specifically provides, "Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal." 28 U.S.C.§ 1446 (b)(2)(B).

14. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders sent to and received by Euro Line Transportation, Inc. and Justin Julius Hill in the State Court action are attached hereto.

DATED: February 17, 2022    RESNICK & LOUIS, P.C.

By: _____
Michael J. Kowalski
Attorneys for Defendant,
EURO LINE TRANSPORTATION, INC. and JUSTIN JULIUS HILL

-4-

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.§1441(b) (DIVERSITY); DECLARATION OF MICHAEL J. KOWALSKI**

## DECLARATION OF MICHAEL J. KOWALSKI

I, Michael J. Kowalski, declare as follows:

1. I am an attorney at law duly licensed to practice in the courts of the State of California and am a partner in the firm of Resnick & Louis, attorneys of record for defendants Euro Line Transportation, Inc. and Justin Julius Hill (hereinafter "Euro Line" and "Justin Hill" respectively) herein. I have personal knowledge of the matters stated herein and, if called upon to testify as a witness, I could and would competently so testify.

2. On January 4, 2022, an action was commenced in the Superior Court of the State of California in and for the County of Riverside, entitled HOLLY JANET SEELER, individually as a Successor in Interest to Decedent JACK VICTOR FISHER, Plaintiffs vs. EURO LINE TRANSPORTATION INC., a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; VICTOR IRVING FISHER, as a nominal defendant; and DOES 1 to 100 inclusive, Defendants, as Case Number CVRI2200027 (the "Action"). A true and correct copy of the Complaint is attached hereto as Exhibit "A."

3. Euro Line was first served a copy of the said Complaint on January 20, 2022, when counsel for Plaintiff caused to be served, by a process server, a copy of the said complaint and summons. A true and correct copy of the transmittal of summons and service of process transmittal is attached hereto as Exhibit "B."

4. Justin Julius Hill was first served a copy of the said Complaint on January 21, 2022, when counsel for Plaintiff caused to be served, by a process server, a copy of the said complaint and summons. A true and correct copy of the transmittal of summons and service of process transmittal is attached hereto as Exhibit "C."

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.§1441(b) (DIVERSITY); DECLARATION OF MICHAEL J. KOWALSKI**

5. Euro Line and Justin Hill filed their Answer to Plaintiff's Complaint on February 15, 2022. A true and correct copy of the Answer is attached hereto as Exhibit "D."

6. Euro Line and Justin Hill are informed and believe that Plaintiff was, at the time she filed the Action and still is, a citizen of the State of California.

7. While Defendants Euro Line and Justin Hill believe neither is liable for the incident that gives rise to the Plaintiff's lawsuit, they also reasonably believe that should plaintiff prevail on her causes of action then she will recover in excess of $100,000.00. Thus, Euro Line and Justin Hill concede that the amount in controversy exceeds $75,000.00.

8. This removal is filed within thirty (30) days of service of Plaintiff's complaint.

9. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

10. Euro Line Transportation, Inc., was, at the time of the filing of this action, and still is, a citizen of the State of North Carolina, incorporated under the laws of the State of North Carolina, with its principal place of business in the State of North Carolina. Both the California Secretary of State and North Carolina Secretary of State identify Euro Line Transportation, Inc. as a North Carolina Corporation with its principal address at 11435 Granite Street, Suite M, Charlotte, North Carolina, 28273 on their respective websites. True and correct copies of search results for Euro Line Transportation, Inc. on those websites are attached hereto as Exhibits "E" and "F" respectively.

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.§1441(b) (DIVERSITY); DECLARATION OF MICHAEL J. KOWALSKI**

11. Justin Hill was, at the time of the filing of this action, and still is, a citizen of the State of Georgia.

12. Euro Line Transportation, Inc. and Justin Julius Hill are two of three named defendants in the action. The third named defendant is Victor Irving Fisher, whom Plaintiff identifies as a "nominal defendant" who is a citizen of Canada. (See Exh. "A" at Para. 7, p.3 ln.1-4). Plaintiff states in her complaint that Victor Irving Fisher is only named in the complaint because he is the decedent's biological father.

13. The other defendants in this action are fictitiously named, designated as Does 1 through 100, and their citizenship shall not be considered in determining diversity jurisdiction. 28 U.S.C. §1441(b).

14. This Notice of Removal is filed with this Court within 30 days after service of the complaint and knowledge of plaintiff's demand which exceeds $75,000. Therefore, this removal is timely as required by 28 U.S.C. §1446(b) which specifically provides, "Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal." 28 U.S.C.§ 1446 (b)(2)(B).

Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders sent to and received by Euro Line Transportation, Inc. and Justin Julius Hill in the State Court action are attached hereto."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of February, 2022, at Ontario, California.

_____
Michael J. Kowalski

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.§1441(b) (DIVERSITY); DECLARATION OF MICHAEL J. KOWALSKI**

<u>PROOF OF SERVICE</u>

I, Arlene D. Black, declare as follows:

I am a citizen of the United States, I am over the age of eighteen (18) years and not party to this action; and my business address is 3350 Shelby Street, Suite 200, Ontario, CA 91764.

On the date set forth below, I served the within:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY); DECLARATION OF MICHAEL J. KOWALSKI**

__X__  by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Post Office box at Ontario, California, addressed as set forth below.

_____  by having a true copy thereof personally delivered to the person(s) at the address(es) as set forth below.

__X__  by sending a copy via Email to the person(s) at the Email address(es) as set forth below.

ddesantis@wilshirelawfirm.com

_____  by sending a copy via Federal Express overnight delivery to the person(s) at the address(es) as set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 17, 2022 in Ontario, California.

*/s/ Arlene D. Black*<br>
ARLENE D. BLACK