EXHIBIT "A"

Electronically FILED by Superior Court of California, County of Riverside on 01/04/2022 12:49 PM
Case Number CVRI2200027 0900087526479 W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Alyssa Polit, Deputy Clerk
Case 5:22-cv-00305-DOC-SHK Document 1-1 Filed 02/17/22 Page 2 of 13 Page ID #:10

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
EURO LINE TRANSPORTATION INC., a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; VICTOR IRVING FISHER, as a nominal defendant; and DOES 1 through 100 inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* HOLLY JANET SEELER, individually as a Successor in Interest to Decedent JACK VICTOR FISHER,

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Riverside Historic Courthouse 4050 Main Street Riverside, CA 92501
*(El nombre y dirección de la corte es):* ~~Hall of Justice 4100 Main St.~~, Riverside, CA 92501

**CASE NUMBER:** *(Número del Caso):*
CVRI2200027

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel DeSantis Esq. [SBN 299997] -Wilshire Law Firm, PLC 3055 Wilshire Blvd., 12th Floor, Los Angeles 213-381-9988

DATE: 01/04/2022
*(Fecha)*

Clerk, by *alyspt* , Deputy
*(Secretario)* A.Polit *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]
GC68150(g)

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* EURO LINE TRANSPORTATION INC., a North Carolina Corporation
   under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

Case 5:22-cv-00305-DOC-SHK Document 1-1 Filed 02/17/22 Page 3 of 13 Page ID #:11
Case Number CVRI2200027 0000007329476 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Alyssa Polit, Clerk
Electronically FILED by Superior Court of California, County of Riverside on 01/04/2022 12:49 PM

Daniel DeSantis, Esq. SBN: 299997
Rebecca T. Rojas, Esq. SBN: 272662
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel: (213) 381-9988
Fax: (213) 381-9989

Baruch C. Cohen, Esq, SBN: 159455
LAW OFFICE OF BARUCH C. COHEN, APLC
4929 Wilshire Blvd., Ste 940
Los Angeles, California 90010
Tel: (323) 937-4501
Fax: (888) 316-6107

Attorneys for Plaintiff, HOLLY JANET SEELER

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF RIVERSIDE

| | |
|---|---|
| HOLLY JANET SEELER, individually as a Successor in Interest to Decedent JACK VICTOR FISHER,<br><br>Plaintiff,<br><br>vs.<br><br>EURO LINE TRANSPORTATION INC., a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; VICTOR IRVING FISHER, as a nominal defendant; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO.: CVRI2200027<br><br>**COMPLAINT FOR DAMAGES:**<br><br>1. **NEGLIGENCE**<br>2. **WRONGFUL DEATH**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff HOLLY JANET SEELER, individually as a Successor in Interest to Decedent JACK VICTOR FISHER, who respectfully alleges the following:

## GENERAL ASSERTIONS

1. This is an action for personal injury arising out of an incident that occurred on or about December 16, 2020, and which proximately caused serious and permanent injury to

1

Plaintiff HOLLY JANET SEELER. The negligent acts and omissions of the Defendants EURO LINE TRANSPORTATION INC., a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100, herein alleged took place in or about Riverside County, State of California. Accordingly, venue within this judicial district is proper.

2. At all times relevant herein, Plaintiff HOLLY JANET SEELER is an individual over the age of 18 and a resident of the City of Los Angeles, Los Angeles County, State of California. She is also the mother, rightful heir, and successor in interest for decedent JACK VICTOR FISHER.

3. Plaintiff is informed and believes, and based upon such information and belief alleges that at all times relevant herein, Defendant EURO LINE TRANSPORTATION INC., a North Carolina Corporation; and DOES 1 through 25, authorized to do business in, and doing business in the County of Riverside, State of California.

4. Defendants EURO LINE TRANSPORTATION INC., a North Carolina Corporation; and DOES 1 through 25, inclusive owned, managed, repaired, maintained and/or controlled the property or was responsible for designing, constructing, maintaining, cleaning, repairing, or managing the subject semi-truck and trailer bearing license plate ND6340 (hereafter "SUBJECT TRACTOR-TRAILER").

5. Plaintiff is informed and believes, and based upon such information and belief, alleges, that at all times relevant herein, Defendant JUSTIN JULIUS HILL is an individual over the age of 18 and a resident of Butts County, State of Georgia.

6. Defendant JUSTIN JULIUS HILL, an individual, and DOES 26-50, inclusive and each of them, were the employees and actual, implied, or ostensible agents of Defendants EURO LINE TRANSPORTATION INC., a North Carolina Corporation and DOES 1 – 25, inclusive, and were acting within the course and scope of that agency. EURO LINE TRANSPORTATION INC., a North Carolina Corporation and DOES 1 – 25, inclusive, are legally liable and responsible for the actions of Defendants JUSTIN JULIUS HILL, an individual, and DOES 26-50, inclusive and each of them, under the doctrine of respondeat superior.

7. Plaintiff is informed and believes, and based on such information and belief, alleges, that at all relevant times herein, nominal defendant VICTOR IRVING FISHER is an individual over the age of 18 and a resident of Canada. He is named in this complaint because he is decedent JACK VICTOR FISHER's biological father.

8. The true names and/or capacities, whether individual, corporate, associate or otherwise of the Defendants DOES 51 through 100, inclusive, and each of them, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names pursuant to Code of Civil Procedure § 474. Plaintiff is informed and believes and thereon alleges that each of these Defendants fictitiously named herein as a DOE is legally responsible, negligent or in some other actionable manner liable for the events and happenings hereinafter referred to, and proximately and legally caused the injuries to Plaintiff as hereinafter alleged. Plaintiff will seek leave of the Court to amend this Complaint to insert the true names and/or capacities of such fictitiously-named Defendants when the same has been ascertained.

9. Plaintiff is informed and believes, and based upon such information and belief alleges that at all times relevant hereto, each Defendant, including DOES 1 through 50, was the owner, servant, agent, joint-venturer, employee or employer of each of its co-Defendants, and in doing the acts hereinafter mentioned, each Defendant was acting within the scope of its authority and with the permission and consent of its co-Defendants, and each of them, and that said acts of each Defendant was ratified by said Defendant's co-Defendants, and each of them and every Defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every other Defendant as an agent, employee and/or joint venturer.

10. Plaintiff is informed and believes, and based upon such information and belief alleges that all of the acts, conduct, and nonfeasance herein carried out by each and every representative, employee or agent of each and every corporate or business defendant, were authorized, ordered, and directed by the respective defendant's corporate or business employers, officers, directors and/or managing agents; that in addition thereto, said corporate or business employers, officers, directors and/or managing agents had advance knowledge of, authorized, and participated in the herein described acts, conduct and nonfeasance of her representatives,

employees, agents and each of them; and that in addition thereto, upon the completion of the aforesaid acts, conduct and nonfeasance of the employees and agents, the aforesaid corporate and business employers, officers, directors and/or managing agents respectively ratified, accepted the benefits of, condoned and approved of each and all of said acts, conduct or nonfeasance of her co-employees, employers, and agents. In addition, at all times herein relevant, each defendant, whether named herein or designated as a DOE, was a principal, master, employer and joint venturer or every other defendant, and every defendant was acting within the scope of said agency authority, employment and joint venture.

11. On or about December 16, 2020, decedent JACK VICTOR FISHER parked his car on the right shoulder of the 1-10 Eastbound, West of Haugen-Lehmann in the City of Whitewater, County of Riverside, State of California. Decedent had his vehicle emergency lights turned on indicating the need for assistance. While outside of his vehicle, decedant JACK VICTOR FISHER was struck by Defendant's SUBJECT SEMI-TRUCK, driven by Defendant JUSTIN JUILUS HILL, which caused his premature death (hereinafter the "SUBJECT INCIDENT").

### FIRST CAUSE OF ACTION
### NEGLIGENCE
*[Against All Defendants]*

1. Plaintiff incorporate herein by reference, as though fully set forth at length, each and every allegation and statement contained in the preceding and subsequent paragraphs, inclusive, of the General Assertions above and the Second Cause of Action.

2. Plaintiff is informed and believes, and based upon such information and belief allege, that on the above date and time, Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100, inclusive and each of them, failed to operate the SUBJECT SEMI-TRUCK in a safe or reasonable manner by failing to faling to exercise reasonable care towards a pedestrian.

4

COMPLAINT FOR DAMAGES

3. Moreover, Plaintiff is informed and believes, and based upon such information and belief alleges that Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100, inclusive and each of them, negligently failed to exercise due care preceding the subject collision and failed to perceive and/or take into consideration the other vehicles and/or pedestrians on the roadway. As a result of Defendants' failure to exercise reasonable care, Defedants' SUBJECT SEMI-TRUCK struck JACK VICTOR FISHER causing his death.

4. Plaintiff is informed and believes, and based upon such information and belief alleges that Defendant JUSTIN JULIUS HILL and DOES 26 – 50 failed to adequately perceive the movements of other vehicles and/or pedestrians on the roadway and failed to operate the Defendant's vehicle at a reasonably safe speed based upon the conditions of the roadway. Further, Defendant JUSTIN JULIUS HILL and DOES 26 – 50, inclusive and each of them, knew, or in the exercise of reasonable care should have known, that failing to perform the above referenced tasks created an unreasonable risk of injury to the JACK VICTOR FISHER and others similarly situated.

5. Further, Plaintiff is informed and believes, and based upon such information and belief alleges that Defendant JUSTIN JULIUS HILL and DOES 26 – 50 was operating the SUBJECT SEMI-TRUCK with the express or implied authority and permission of Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; and DOES 1 through 25. Further, Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; and DOES 1 through 25 knew or should have known that Defendant JUSTIN JULIUS HILL and DOES 26 – 50 were unfit to operate the SUBJECT SEMI-TRUCK and was therefore negligent in entrusting the SUBJECT SEMI-TRUCK to Defendant JUSTIN JULIUS HILL and DOES 26 – 50.

6. Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100's careless, negligent, reckless, and unlawful conduct, was a substantial factor in causing Decedent JACK VICTOR FISHER's death, and Plaintiff HOLLY JANET SEELER'S harm.

7. As a direct, legal, and proximate result of the negligent acts and/or omissions of Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100, inclusive and each of them, Plaintiff HOLLY JANET SEELER lost her son, and has sustained in the past, and will sustain in the future, economic and non-economic damages in an amount which is in excess of the jurisdictional minimum of the court and in a sum to be proven at trial.

8. As a further direct, legal and proximate result of the combined and concurrent wrongful conduct of all of the Defendants, Plaintiff HOLLY JANET SEELER has suffered in the past, and will suffer in the future, economic damages, including but not limited to the loss of financial support that Decedent JACK VICTOR FISHER would have contributed to the family, the loss of gifts and benefits that Plaintiff would have expected to receive from Decedent JACK VICTOR FISHER, all to her damages in a sum to be proven at trial.

9. As a further and direct, proximate, and legal result of the negligence of Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100, inclusive and each of them, as alleged herein, Plaintiff has suffered in the past, and will suffer in the future, non-economic damages, including but not limited to, the loss of her son's love, companionship, comfort, care, assistance, protection, affection, society, moral support, all to her damages in a sum to be proven at trial.

## SECOND CAUSE OF ACTION

**WRONGFUL DEATH**
*[Against all Defendants]*

10. Plaintiff incorporates herein by reference, as though fully set forth at length, each and every allegation and statement contained in the preceding and subsequent paragraphs.

11. Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100, inclusive and each of them, had a duty to exercise reasonable care and skill so as to avoid causing harm, injuries, and/or death to others, including Decedent JACK VICTOR FISHER.

12. Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation;

JUSTIN JULIUS HILL, an individual; and DOES 1 through 100, inclusive and each of them, breached her duty to exercise reasonable care and to act in a safe and reasonable manner by causing and/or contributing to the death of Decedent JACK VICTOR FISHER.

13. As a direct, proximate, and legal result of the negligent, careless, reckless, and/or unlawful conduct of EURO LINE TRANSPORTATION, a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100, inclusive and each of them, Decedent JACK VICTOR FISHER sustained fatal bodily injuries.

14. Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100's careless, negligent, reckless, and unlawful conduct, was a substantial factor in causing Decedent JACK VICTOR FISHER's death, and Plaintiff HOLLY JANET SEELER'S harm.

15. As a direct, proximate, and legal result of the negligent, careless, reckless, and/or unlawful conduct of Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100, and each of them, Plaintiff HOLLY JANET SEELER lost her son, and have sustained in the past, and will sustain in the future, economic and non-economic damages in an amount which is in excess of the jurisdictional minimum of the court and in a sum to be proven at trial.

16. As a further and direct, proximate, and legal result of the negligence of Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100, and each of them, as alleged herein, Plaintiff HOLLY JANET SEELER has suffered in the past, and will suffer in the future, economic damages, including but not limited to the loss of financial support that Decedent JACK VICTOR FISHER would have contributed to the family, the loss of gifts and benefits that Plaintiff would have expected to receive from Decedent JACK VICTOR FISHER, all to her damages in a sum to be proven at trial.

17. As a further and direct, proximate, and legal result of the negligence of Defendants EURO LINE TRANSPORTATION, a North Carolina Corporation; JUSTIN JULIUS HILL, an individual; and DOES 1 through 100, as alleged herein, Plaintiff HOLLY

1  JANET SEELER has suffered in the past, and will suffer in the future, non-economic damages,
2  including but not limited to, the loss of her son's love, companionship, comfort, care, assistance,
3  protection, affection, society, moral support, all to her damages in a sum to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff hereby prays for judgment against all Defendants and each of them as follows:

1. For repayment of all special damages incurred, including, but not limited to all past and future wage loss, hospital and medical expenses.
2. For all general damages according to proof.
3. For all prejudgment interest as allowed by law.
4. For costs of suit incurred herein.
5. For such other and further relief as the Court deems just and proper.

DATED: January 3, 2022

WILSHIRE LAW FIRM

By: /s/ Daniel DeSantis
Daniel DeSantis
Attorney for Plaintiff

8
COMPLAINT FOR DAMAGES

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury in this action.

DATED: January 3, 2022                     **WILSHIRE LAW FIRM**

                                           By: _____
                                           Daniel DeSantis
                                           Attorney for Plaintiff

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 3055 Wilshire Blvd., 12th Floor, Los Angeles, California 90010.

On January 3, 2022 I served the foregoing **COMPLAINT; SUMMONS; CIVIL CASE COVER SHEET; CERTIFICATE OF COUNSEL,** on the interested parties (a) as addressed and (b) by one of the methods of service set forth below:

**SEE SERVICE LIST**

( ) **BY MAIL:** I enclosed the above documents in a sealed envelope with postage thereon fully prepaid and placed for collection and mailing on the above date in accordance with ordinary business practices. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to Cal. Code Civ. Proc. § 1013(a).

( ) **BY FAX:** A copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Cal. Code Civ. Proc. § 1013(e).

( ) **BY PERSONAL SERVICE:** I hand-delivered or caused said document(s) to be hand delivered to the office of the addressee using an attorney service and/or messenger, pursuant to Cal. Code Civ. Proc. § 1011.

( ) **BY EXPRESS MAIL:** I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Cal. Code Civ. Proc. § 1013(c).

( X ) **BY ELECTRONIC MAIL (E-MAIL):** I caused said document(s) to be delivered electronically to the addressee(s) identified above with an e-mail address pursuant to Cal. Code Civ. Proc. § 1013(g).

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on January 3, 2022 at Los Angeles, California.

_____
ALEX LANZARIN

---
10
**COMPLAINT FOR DAMAGES**

## SERVICE LIST

Baruch C. Cohen, Esq,
LAW OFFICE OF BARUCH C. COHEN, APLC 4929
Wilshire Blvd., Ste 940
Los Angeles, California 90010
BCC4929@gmail.com

BARUCHCOHEN@BARUCHCOHENESQ.COM

COMPLAINT FOR DAMAGES